170 A.3d 936

U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., PLAINTIFF–RESPONDENT, v. DEBORAH P. RICHARDS, HER HEIRS, DEVISEES, AND PERSONAL REPRESENTATIVES AND HIS/HER, THEIR, OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST, DANIEL D. RICHARDS, HER HUSBAND, HIS HEIRS, DEVISEES, AND PERSONAL REPRESENTATIVES AND HIS/HER, THEIR, OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST, DEFENDANTS–PETITIONERS.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003492–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.